

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NELSON R. McKEE,            )
                            )
    Petitioner,             )    3:09-cv-0749-ECR-RAM
                            )
vs.                         )    **ORDER**
                            )
ERIC HOLDER,                )
                            )
    Respondent.             )
_____/

       This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 15, 2010, the court entered an order granting petitioner thirty days to either file a motion for leave to proceed *in forma pauperis* or to pay the full $5.00 filing fee. (Docket #3.) Petitioner was expressly cautioned that failure to do so might result in the dismissal of this action. *Id.*

       Petitioner did not respond to the court's order. Accordingly, on April 15, 2010, the court entered an order requiring petitioner to show cause within thirty days why this petition should not be dismissed. (Docket #4.) Petitioner was expressly warned that his failure to show cause would

result in the dismissal of this action. The order was served on petitioner at his address of record and petitioner has not responded to the order.

**IT IS THEREFORE ORDERED** that this petition for writ of habeas corpus is **DISMISSED** without prejudice for petitioner's failure to either file a motion for leave to proceed *in forma pauperis* or to pay the full $5.00 filing fee, and for petitioner's failure to obey this court's orders. The Clerk of the Court is directed to enter judgment for respondents and to close this case.

Dated this 15 day of September, 2010.

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE