AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

NELSON R. McKEE,

      Petitioner,    JUDGMENT IN A CIVIL CASE
V.

          CASE NUMBER: **3:09-CV-00749-ECR-RAM**

ERIC HOLDER, et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for petitioner's failure to obey this court's orders.

September 17, 2010          **LANCE S. WILSON**
                Clerk

            /s/ M. Campbell
            Deputy Clerk